UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
VENTURE ONE CAPITAL LLC, BALD EAGLE
PARTNERS LP, ANDREW KEYS, and RPR23 LLC,

                                     Petitioners,               ORDER

-against-                              20 Civ. 2534 (GBD)

MARK BAKACS and VENTURE ONE CAPITAL
MANAGEMENT LLC

                                     Respondents.
------------------------------------------x

GEORGE B. DANIELS, United States District Judge:

       The September 8, 2020 conference is adjourned to October 27, 2020 at 9:30 a.m.

Dated: New York, New York                     SO ORDERED.
       August 28, 2020

                                                          *George B. Daniels*
                                                          GEORGE B. DANIELS
                                                          UNITED STATES DISTRICT JUDGE