**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

VENTURE ONE CAPITAL LLC, BALD EAGLE
PARTNERS LP, ANDREW KEYS, RPR23 LLC,

                Petitioners,

  -against-

MARK BAKACS and VENTURE ONE CAPITAL
MANAGEMENT LLC,

                Respondents.

------------------------------------- x

DEFAULT JUDGMENT

20 Civ. 2534 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED JUN 0 7 2021

**GEORGE B. DANIELS, United States District Judge:**

This action was commenced by the filing of a Petition to Confirm Arbitration Award ("Petition") on March 24, 2020, and the filing of a Summons on March 25, 2020. A copy of the Petition and Summons was served on Respondent Venture One Capital Management LLC on March 31, 2020 through Corporation Trust Co., an authorized agent of Respondent. A copy of the Petition and Summons was served on Respondent Mark Bakacs on May 11, 2020 through email. Respondents having failed to answer, appear, or otherwise move with respect to the Petition, and the time for appearing, answering, or moving having expired, it is hereby:

ORDERED, ADJUDGED, AND DECREED that the Petition to Confirm Arbitration Award, (ECF No. 1), is GRANTED.

ORDERED, ADJUDGED, AND DECREED that Petitioner Venture One Capital LLC is awarded money damages in the amount of $266,861.80, plus pre-[1] and post-judgment interest[2] to be paid by Respondent Bakacs, personally.

---

[1] Pre-judgment interest is awarded at the rate of 7% on $126,120.45, accruing from January 1, 2018 to the date of judgment, and at a rate of 8% on $140,741.35, accruing from January 1, 2019 to the date of judgment.

[2] Post-judgment interest is awarded at the rate of 5.25%, accruing from the date of judgment until the date of payment.

ORDERED, ADJUDGED, AND DECREED that Petitioners Bald Eagle Partners LP, Andrew Keys, and RPR23 LLC are awarded $88,900.70[3] in attorneys' fees, costs and expenses incurred as a result of the arbitration against Respondent Bakacs, personally.

Dated: New York, New York
June 7, 2021

SO ORDERED:

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge

---

[3] Petitioners request arbitration fees and arbitrator compensation in the amount of $33,428.20. (Pets.' Mem. of Law in Support of their Mot. for Entry of a Default J., ECF No. 21, at 5 n.7.) The invoices submitted in support, however, total $29,035.70. This amount in addition to the amount awarded in attorneys' fees totals $88,900.70.