**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
VENTURE ONE CAPITAL LLC, BALD
EAGLE PARTNERS LP, ANDREW KEYS,
RPR23, LLC,

                        Petitioner,

                        20 **CIVIL** 2534 (GBD)

        -against-                 **SUPPLEMENTAL**
                                      **DEFAULT JUDGMENT**

MARK BAKACS, and VENTURE ONE
CAPITAL MANAGEMENT LLC,

                        Respondents.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, that pursuant to the Court's Default Judgment dated June 7, 2021, the Petition to Confirm Arbitration Award is granted. Petitioner Venture One Capital LLC is awarded money damages in the amount of $266,861.80, plus pre-judgment interest at the rate of 7% on $126,120.45, accruing from January 1, 2018 to the date of judgment of $30,331.10, and at a rate of 8% on $140,741.35, accruing from January 1, 2019 to the date of judgment of $27,423.36, for a total sum $324,616.26, plus post-judgment interest awarded at the rate of 5.25%, accruing from the date of judgment until the date of payment, all to be paid by Respondent Bakacs, personally. Petitioners Bald Eagle Partners LP, Andrew Keys, and RPR23 LLC are awarded $88,900.70 in attorneys' fees, costs and expenses incurred as a result of the arbitration against Respondent Bakacs, personally.

DATED: New York, New York
        June 10, 2021

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**
**BY:** _[signature]_
                                    **Deputy Clerk**